# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 9/30/05

DIGITAL RECORDING: 3:33 - 3:40

- √ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: CHARLES S. COODY    DEPUTY CLERK: WANDA STINSON

CASE NO.: 02:05MJ116-CSC    DEFT. NAME: CHRISTIAN PEREZ aka JORGE URIBE-HERNANDEZ

USA: TODD BROWN    ATTY: DONNIE BETHEL

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO

USPTSO/USPO: RON THWEATT

Defendant √ does ___ does NOT need an interpreter;
Interpreter present ___ NO √ YES NAME: Beverly Childress

| | | |
|---|---|---|
| √ Kars. | Date of Arrest 9/29/05 or ☐ karsr40 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| √ kcnsl. | Deft. First Appearance with Counsel | |
| √ | Requests appointed Counsel  √ ORAL MOTION for Appointment of Counsel | |
| √ finaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| √ koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** | |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| √ | Government's WRITTEN Motion for Detention Hrg. filed. | |
| ☐ | DETENTION HRG ☐ held; ☐ Set for _____; ☐ Preliminary Hrg ☐ Set for _____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐kbnd. | ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| √ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ☐karr. | ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐ Krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |

There's in an INS detainer on Defendant.