# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **ORDER OF TEMPORARY DETENTION** |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN PEREZ, aka | ) | CR NO. 2:05mj116-CSC |
| JORGE URIBE-HERNANDEZ | ) | |

**ORDER**

The defendant's first appearance in this court was on September 30, 2005. Information presented to the court shows that the defendant is not a citizen of the United States and that the Immigration and Customs Enforcement is seeking the defendant for the purpose related to deportation. Thus, the court concludes that the defendant presents a risk of flight. Accordingly, pursuant to 18 U.S.C. § 33142(d), it is

**ORDERED** that the defendant be detained without bail to and including October 10, 2005, for the purpose of determining if the appropriate federal authorities wish to take the defendant into custody.

The government is **DIRECTED** to notify the appropriate officials so that the custody of the defendant can be transferred and a detainer placed in connection with this case. If custody is not transferred on or before October 10, 2005, the government shall notify the court so that further proceedings may be conducted pursuant to 18 U.S.C. § 3142.

Done this 3rd day of October, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE